UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>     Plaintiff,                                  )<br>                                                          )<br>     v.                                               )<br>                                                          )<br>FLORIN NICOLAE,                         )<br>                                                          )<br>     Defendant.                              )<br>_____) | CASE NO. MJ23-555<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Wire Fraud; Forfeiture Allegations

<u>Date of Detention Hearing</u>:   November 28, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is a native and citizen of Romania.  He has lived in the State of

Washington for several months. He was not able to provide the correct address to Pretrial Services. He has either resided in or traveled to a number of states since coming to the United States in 2018-2019. His parents reside in Romania, while he reports having other family members residing in Washington or Maryland. Criminal records associate defendant with two distinct alternate names. Defendant's criminal record includes an active felony warrant from California for fraud issued in 2019. According to information from Immigration and Customs Enforcement, defendant is facing immigration related charges and is under removal proceedings.

2. Defendant poses a risk of nonappearance based on possession of a foreign passport, foreign citizenship, and family ties to a foreign country, minimal ties to this District and unstable housing, and association alternate names. Furthermore, the nature of the alleged offense, if established, would show access to the financial means to flee the jurisdiction. Defendant poses a risk of financial danger based on the nature of the instant offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 28th day of November, 2023.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3